# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-1423

_____

United States of America

*Plaintiff - Appellee*

v.

Kirk A. Ward

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 22, 2013
Filed: December 26, 2013
[Unpublished]

_____

Before BENTON, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kirk Ward pleaded guilty to felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), preserving his right to appeal the district court's[1]

_____

[1] The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable Sarah

adverse disposition of his pretrial m otion to suppress evidence.  The district court imposed a term of three years' probation.  Ward appeals.  Having carefully reviewed the record, the well-reasoned opinion of the magistrate judge, which was adopted by the district court, and the br iefs filed on appeal in this  court, we find no basis for reversal.  See United States v. Esquivias, 416 F.3d 696, 699 (8th Cir. 2005) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

W. Hays, United States Magistrate Judge for the Western District of Missouri.